IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs, | : | |
| Plaintiffs, | : | |
| vs. | : | Case No. 2:09-CV-846 |
| Savcon, Inc., et al., | : | Judge Marbley |
| Defendants. | : | Magistrate Judge Kemp |

## AGREED ORDER OF JUDGMENT

Upon agreement of the parties, Plaintiffs Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs, are granted judgment against the Defendant Savcon, Inc., in the amount of $8,792.94, including fringe benefit contributions of $7,664.40 for the period July 1, 2009 through November 30, 2009, liquidated damages of $1,032.29, and prejudgment interest through December 1 1, 2 009 o f $96.25, p lus i nterest from the date of judgment at the rate of 1 % per month. Plaintiffs shall not execute on this judgment upon timely payments by Defendant of $2626.05 (to be applied to a previous judgment with a balance due of $1711.28 and the balance due upon this judgment), commencing on or before the first day of February, 2010, and continuing the first day of each and every month thereafter for a total of four payments. Interest accruing after February 1, 2010 shall be due with the last payment. Should such payments not be timely r eceived b y P laintiffs o r s hould D efendant f ail t o t imely r eport a nd p ay f ringe b enefit contributions during the term of repayment, Plaintiffs may execute on this judgment without further notice.

Nothing in this order precludes Plaintiffs from auditing periods June 1, 2009 forward and enforcing any findings thereon.

SO ORDERED.

UNITED STATES DISTRICT JUDGE

Approved:

s/Steven L. Ball
Steven L. Ball (0007186)
Ball & Tanoury, Attorneys at Law
1010 Old Henderson Road – Suite 1
Columbus, OH 43220
(614) 447-8550
Trial Attorney for Plaintiffs

s/Jon L. Lindberg
Jon L. Lindberg
Warren & Young, PLL
134 W. 36th St.
P. O. Box 2300
Ashtabula, Ohio 44005
Attorney for Defendant